DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MANUEL A. AYALA, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-1529
_____

September 14, 2022

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Polk County; Catherine L. Combee, Judge.


PER CURIAM.

    Affirmed.

NORTHCUTT, KHOUZAM, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.